IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | No. 2:12—cr-00376-WBS-3 |
| Plaintiff, | ) ) | [~~PRPOSED~~] ORDER ON MOTION |
| vs. | ) ) | FOR SUBSTITUTION OF ATTORNEY |
| DIEGO FERNANDO LIMON RODRIGUEZ, a/k/a Jonan Oscar Gonzalez Martinez, | ) ) | |
| Defendant. | ) ) | |

AFTER REVIEW OF THE MOTION OF ARTURO HERNANDEZ-M. TO SUBSTITUTE AS COUNSEL FOR DEFENDANT DIEGO FERNANDO LIMON, A/K/A JONAN OSCAR GONZALEZ MARTINEZ, SAID MOTION IS HEREBY GRANTED.

DATED: October 30, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE