RUSSELL S. HUMPHREY, CSBN 208744
THE HUMPHREY LAW GROUP
1420 S. MILLS AVE. SUITE H
LODI, CA 95242
TEL. (209)625-8976
FAX. (209)625-8673

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:12-cr-0376-WBS |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER TO EXCLUDE TIME |
| ) | |
| JOREGE MEDINA VASQUEZ, ) | |
| ROBERTO JOSE VASQUEZ, and ) | |
| DIEGO FERNANDO LIMON RODRIGUEZ, ) | |
| Aka, Jonan Oscar Gonzalez ) | |
| Martinez, aka, Cholo, ) | |
| ) | |
| Defendants. ) | |
| ) | |

     The parties request that the status conference in this case be continued from January 14, 2013, to February 19, 2013 at 9:30 a.m. They stipulate that the time between January 14, 2013, and February 19, 2013, should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendants may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h) (7) (B) (iv), Local Code T4.

///

///

///

///

///

///

///

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h) (7) (A).

                                              Respectfully Submitted,

                                              RUSSELL S. HUMPHREY
                                              Attorney at Law

Dated: January 11, 2013            /s/ Russell S. Humphrey
                                        Attorney for Jorge Medina Vasquez

Dated: January 11, 2013            /s/ Tim Tuitavuki (auth. 01/10/13)
                                        Attorney for Roberto Jose Vasquez

Dated: January 11, 2013            /s/ Arturo Hernandez (auth. 01/11/13)
                                        Attorney for Jorge Medina Vasquez

Dated: January 11, 2013            /s/ Jill Marie Thomas (auth. 01/11/13)
                                        Assistant U.S. Attorney

                                              SO ORDERED.

DATE: January 11, 2013

                                              WILLIAM B. SHUBB
                                              UNITED STATES DISTRICT JUDGE