RUSSELL S. HUMPHREY, CSBN 208744
THE HUMPHREY LAW GROUP
1420 S. MILLS AVE. SUITE H
LODI, CA 95242
Russell@humphreylawgroup.net
TEL. (209)625-8976
FAX. (209)625-8673

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 12-cr-0376-WBS |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [~~PROPOSED~~] |
| v. ) | ORDER FOR CONTINUANCE; EXCLUDE |
| ) | TIME |
| ) | |
| JORGE MEDINA VASQUEZ, ) | |
| ROBERTO JOSE VASQUEZ, and ) | |
| DIEGO FERNANDO LIMON RODRIGUEZ, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

    The parties request that the status conference in this case be continued from February 19, 2013, to April 8, 2013 at 9:30 a.m. The parties stipulate that the time between February 19, 2013 and April 8, 2013, should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendants may have reasonable time necessary for effective preparation taking into account the exercise of due diligence. 18 U.S.C. §3161(h) (7) (B) (iv), Local Code T4.

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h) (7) (A).

Respectfully Submitted,

RUSSELL S. HUMPHREY
Attorney at Law

Dated: February 15, 2013  /s/ Russell S. Humphrey
Attorney for Jorge Medina Vasquez

Dated: February 15, 2013  /s/ Tim Tuitavuki (auth. 02/15/13)
Attorney for Roberto Jose Vasquez

Dated: February 15, 2013  /s/ Arturo Hernandez (auth. 02/15/13)
Attorney for Diego Fernando Limon Rodriguez

Dated: February 15, 2013  /s/ Jill Marie Thomas (auth. 02/15/13)
Assistant U.S. Attorney

SO ORDERED.

DATE: February 21, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE