TIM F. TUITAVUKI SBN212886
LAW OFFICE OF TIM F. TUITAVUKI
215 N. SAN JOAQUIN STREET
STOCKTON, CA 95202
TEL. (209)476-1590
FAX. (209)476-1549

Attorney for Defendant
Roberto Jose Vasquez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-cr-0376-TLN |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME |
| JORGE MEDINA VASQUEZ, ROBERTO JOSE VASQUEZ, and DIEGO FERNANDO LIMON RODRIGUEZ, Aka, Jonan Oscar Gonzalez Martinez, aka, Cholo, | |
| Defendants. | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on April 8, 2013.

2. On April 5, 2013, Pursuant to the Order of Reassignment, the matter was continued for status to May 9, 2013.

3. By this stipulation, the defendants now moves to continue the status conference until May 16, 2013, and to exclude time between April 8, 2013, to May 16, 2013, under Local Code T4. Plaintiff does not oppose this request.

4. The parties agree and stipulate, and request that the Court find the following:

a. The government has represented that the discovery associated with this case includes several discs containing audio recordings, and related documents in electronic form. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b. b. Counsel for the defendant desires additional time to consult with his client, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with his client, to prepare pretrial motions, and to otherwise prepare for trial.

c. Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 8, 2013, to May 16, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

///

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| Dated: May 7, 2013 | | BENJAMIN WAGNER<br>U.S. ATTORNEY |
|---|---|---|
| | by: | /s/ Jill Thomas (5/7/13)<br>JILL THOMAS<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |
| Dated: May 7, 2013 | by: | /s/ Russell S. Humphrey (5/7/13)<br>RUSSEL S. HUMPHREY<br>Attorney for Jorge Medina Vasquez |
| Dated: May 7, 2013 | by: | /s/ Tim F. Tuitavuki (5/7/13)<br>TIM F. TUITAVUKI<br>Attorney for Roberto Vasquez |
| Dated: May 7, 2013 | by: | /s/ Arturo Hernandez (5/7/13)<br>ARTURO HERNANDEZ<br>Attorney for Diego Fernando Limon Rodriguez |

**O R D E R**

IT IS SO FOUND AND ORDERED this 8th day of May, 2013.

_____
Troy L. Nunley
United States District Judge